# IN THE UNITED STATES DISTRICT COURT FOR
# THE WESTERN DISTRICT OF MISSOURI

## PETITION FOR ADMISSION PRO HAC VICE

### Affidavit of Movant

I, **Joe Rebein**, an active member in good standing of the Bar of the United States District Court for the Western District of Missouri, request that this court admit pro hac vice, **Floyd Abrams**, an attorney admitted to practice in the United States District Court for the **Southern District of New York** and the State of **New York** but not admitted to the Bar of this court, who will be counsel for the **Defendants**, in the case(s) listed below. I am aware that the local rules of this court require that I participate in the preparation and presentation of said case(s), and that I accept service of all papers served. I also understand and agree that if the admittee does not sign up to receive CM/ECF filings, I will be responsible for notifying the admittee of all papers served by CM/ECF.

_____          35071
Signature of Movant/Attorney            MO Bar Number

3/25/13                                 Shook, Hardy & Bacon L.L.P.
Date                                    Address
                                        2555 Grand Blvd.
816.474.6550                            Kansas City, MO  64108-2613
Phone

### Affidavit of Proposed Admittee

I, **Floyd Abrams**, am currently a member in good standing of the bars of the United States District Court for the **Southern District of New York** and the State of **New York**, but not admitted to the Bar of this court. I understand that if this court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below and must accept service of all papers served. I am aware that I can register to receive CM/ECF filings. I understand and agree that should I choose not to register for CM/ECF, I will arrange with movant to keep me advised of papers served and filed in this case.

Case Number(s):                         Case Title(s)
4:13-cv-00221-SWH                       State of Missouri, ex rel., et al. v. The
                                        McGraw-Hill Companies, Inc., et al.

Date                                    (Signature of Admittee)
    March 25, 2013
State Bar Number  1758184
District Court Bar Number  FA0902
Phone 212-701-3000  Address  Cahill Gordon & Reindel LLP, 80 Pine St., New York, NY 10005

    fabrams@cahill.com
E-Mail

Pursuant to WDMO Local Rule 83.5(l) a fee of $100 is required for each case in which the attorney is seeking admittance.