UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

State of Missouri. et al
Plaintiff(s)

vs.  Case No.  4:13-00221-CV-W-SWH

The McGraw-Hill Companies, Inc. et al
Defendant(s)

### NOTIFICATION OF MAGISTRATE JUDGE ASSIGNMENT

This is to advise you that your case has been assigned to United States Magistrate Judge Sarah W. Hays. You are required to email this form to the designated consent processor at **jan_martin@mow.uscourts.gov** within twenty-one (21) days. Please indicate whether you consent to the exercise of jurisdiction by Magistrate Judge Hays or request that the case be assigned to a United States District Judge.

(PLEASE SIGN EITHER SECTION A OR B BELOW)

**A.  CONSENT TO EXERCISE OF JURISDICTION BY UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 636(c) and Rule 73, Fed.R.Civ.P., the undersigned waives the right to proceed before a United States District Judge and voluntarily consents to have United States Magistrate Judge Hays conduct any and all further proceedings in the case, including the trial, and order the entry of a final judgment.

| Signatures | Printed Name | Party Represented | Date |
|---|---|---|---|
| [signature] | Sean Smith | State of Missouri | 03-26-13 |

Plaintiff

| | | | |
|---|---|---|---|

Defendant

Unless all parties agree otherwise, any appeals in this case shall be taken to the United States Court of Appeals for the Eighth Circuit, in accordance with 28 U.S.C. § 636(c) and Rule 73(c), Fed.R.Civ.P.

**B.  REQUEST FOR ASSIGNMENT OF CASE TO DISTRICT JUDGE**

The undersigned declines consent to the exercise of jurisdiction by a United States Magistrate Judge and requests that the case be assigned to a United States District Judge.

| Signatures | Printed Name | Party Represented | Date |
|---|---|---|---|

Plaintiff

| | | | |
|---|---|---|---|

Defendant